ARTHUR BUCHENHOLZ et al., Appellants, v. HENRY GOELET et al., Copartners Doing Business as 71 ASSOCIATES, et al., Respondents.— In an action by tenants against the landlords of a building for a permanent injunction to restrain defendants from closing one of the entrances to the building, plaintiffs appeal from an order of the Supreme Court, Kings County, dated August 26, 1960, denying their motion for an injunction *pendente lite.* Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

SALVATORE CATANIA, Respondent, v. JOSHUA HACKER et al., Appellants. — In an action for alleged breach of a lease (1st cause of action) and for conversion of the proceeds of an alleged assignment of such lease (2d cause of action), the defendants appeal from an order of the Supreme Court, Nassau County, dated March 15, 1960, which denies their cross motion for summary judgment dismissing the complaint and for an affirmative judgment in favor of the corporate defendant on the three counterclaims asserted by it in its answer. Order affirmed, with $10 costs and disbursements. In our opinion, Special Term properly held that there were substantial issues of fact which could not be determined upon conflicting affidavits. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

HANNAH CHAIS et al., Respondents, v. ANTHONY DOMENA et al., Appellants.— In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Kings County, dated August 8, 1960, which grants plaintiffs' motion for reargument of their motion for summary judgment, and upon reargument grants said motion. Order reversed, with $10 costs and disbursements, and motion for summary judgment denied. The record presents triable issues of fact. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.